# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Kathy C. Sibert,<br><br>Debtor. | Case No. 26-13454<br><br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on August 18, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: August 18, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

## Method of Service: First Class Mail

Assetcare
Attn: Bankruptcy
P.O. Box 120540
Dallas, TX 75312-0540

Capital Bank N.A.
2275 Research Blvd Ste 600
Rockville, MD 20850-6238

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Complete Credit Solutions, Inc
AttnL Bankruptcy Dept 2921 Brown Trail
Suite 100
Bedford, TX 76021

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

LVNV Funding LLC/Resurgent Capital Services
Resurgent Correspondence, Attn:
Bankruptcy PO Box 1269
Greenville, SC 29602

NAVY FCU
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

Onity Mortgage
Po Box 24738
Philadelphia, PA 19111-0738

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Stern & Eisenberg, PC
1581 Main St Ste 200
Warrington, PA 18976-3403

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617