**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:**<br>**KATHY C. SIBERT,**<br><br>**DEBTOR.**<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-W4,**<br><br>**CREDITOR.**<br><br>**KATHY C. SIBERT, DEBTOR, AND KENNETH E. WEST, TRUSTEE,**<br><br>**RESPONDENTS.** | ) | **CASE NO 26-13454-DJB**<br>**CHAPTER 13**<br>**JUDGE DEREK J BAKER** |

## REQUEST FOR NOTICE

**COMES NOW** Julian Cotton of the Padgett Law Group, and gives this Request for Notice on behalf of Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 18th day of September 2026

Respectfully submitted,

/s/ Julian Cotton

Julian Cotton
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Request for Notice has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 18th day of September 2026.

***VIA U.S. MAIL***

*DEBTOR*
KATHY C. SIBERT
4626 GREENE ST
PHILADELPHIA, PA 19144

***VIA ELECTRONIC NOTICE***

*DEBTOR'S ATTORNEY*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
EMAIL: HELP@CIBIKLAW.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

/s/ Julian Cotton
Julian Cotton
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*