**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:**<br>**KATHY C. SIBERT,**<br><br>**DEBTOR.**<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-W4 ,**<br><br>**CREDITOR.**<br><br>**KATHY C. SIBERT, DEBTOR, AND KENNETH E. WEST, TRUSTEE,**<br><br>**RESPONDENTS.** | ) | **CASE NO.: 26-13454-DJB**<br>**CHAPTER 13**<br>**JUDGE DEREK J BAKER** |

**OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4 ("Secured Creditor") by and through its undersigned attorneys, and for its Objection to Confirmation of Debtor's Chapter 13 Plan, herein states and alleges as follows:

1. This Court has exclusive jurisdiction over this proceeding. Debtor filed this Petition under Chapter 13 of the United States Bankruptcy Code on or about August 18, 2026, and is pending with the Court.

2. Secured Creditor holds a lien over Debtor's property described as 4626 Greene Street, Philadelphia, PA 19144.

3. Secured Creditor will file its Proof of Claim on, or before, the claims bar date of October 27, 2026, in the amount of $306,604.91 with the approximate arrears of $192,581.26, which is well above the arrearage of $0.00 listed in Debtor's Plan.

4. Debtor's Plan lists a total claim amount of $192,716.93 at a 0.00% interest rate for a total of $192,716.93.

5. Creditor objects to the interest rate of 0.00% as it is significantly lower than the interest rate of 4.00000% provided in the Loan Modification. Additionally, the total claim amount in the Plan is much less than the outstanding principal balance of the loan.

6. The Plan does not address who is responsible for paying taxes and insurance.

7. Furthermore, pursuant to the Loan Modification, the loan matures on February 1, 2036; therefore, the claim should not be treated as total debt as it does not mature during the pendency of the case.

8. The Plan violates of 11 U.S.C. § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

9. WHEREFORE, Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4 Trust prays that its Objection to Confirmation of Plan be sustained, and for all further relief as is just and proper.

Respectfully submitted,

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Secured Creditor*

## CERTIFICATE OF SERVICE

I hereby certify that on or before October 28, 2026, I caused a true and correct copy of the foregoing to be served either by CM/ECF notice to those so authorized, and first-class mail as indicated to the parties reflected on the list below.

***VIA U.S. MAIL***

*DEBTOR*
KATHY C. SIBERT
4626 GREENE ST
PHILADELPHIA, PA 19144-6066

***VIA ELECTRONIC NOTICE***

*ATTORNEY FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

Respectfully submitted,

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Secured Creditor*